IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS K. BRASHEAR,<br><br>Petitioner,<br><br>vs.<br><br>KEN CLARK, et al.,<br><br>Respondents.<br>_____/ | 1:09-cv-00344 GSA (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO AMEND PETITION FOR WRIT OF HABEAS CORPUS<br><br>(DOCUMENT #8)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 10, 2009, petitioner filed a motion to extend time to file his amended petition for writ of habeas corpus pursuant to the Court's order of March 24, 2009. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his amended petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:  April 15, 2009                             /s/ Gary S. Austin
                                           UNITED STATES MAGISTRATE JUDGE