# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS KING BRASHEAR, ) | 1:09-CV-00344 GSA HC |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S |
| ) | MOTION TO INTRODUCE EVIDENCE |
| ) | [Doc. #13] |
| v. ) | |
| ) | ORDER DENYING PETITIONER'S |
| ) | MOTION FOR ACCESS TO LEGAL |
| ) | PROPERTY |
| KEN CLARK, Warden, et al., ) | [Doc. #15] |
| ) | |
| Respondents. ) | ORDER GRANTING EXTENSION OF TIME |
| ) | TO FILE SECOND AMENDED PETITION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 24, 2009, the undersigned issued an order dismissing the amended petition and directing Petitioner to file a second amended petition. Petitioner was informed that his amended petition failed to specify his grounds for relief as required by Rule 2(c) of the Rules Governing Section 2254 Cases. His petition also raised unexhausted claims which required dismissal.

On April 27, 2009, Petitioner filed a document entitled "Motion to Introduce Evidence." In this motion, Petitioner requests the Court to undertake an investigation into the psychiatric medication he has been prescribed. This is not an appropriate request in a habeas corpus proceeding.

It is not this Court's duty to conduct investigations on behalf of the petitioner. This duty lies with Petitioner.

On May 14, 2009, Petitioner filed a request for access to his legal property. This also is not a proper request since it concerns conditions of Petitioner's confinement. Such a request must be made in a civil rights complaint pursuant to 42 U.S.C. § 1983. To the extent that Petitioner may require additional time to comply with the order directing him to file a second amended petition, the Court will grant an extension of time.

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion to introduce evidence is DENIED;

2) Petitioner's motion for access to legal property is DENIED; and

3) Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order to file a second amended petition.

IT IS SO ORDERED.

Dated: **May 20, 2009**           /s/ **Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE