UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMETRIUS K. BRASHEAR, | ) | 1:09-CV-00344 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR DISCOVERY |
| v. | ) | [Doc. #35] |
| | ) | |
| KEN CLARK, Warden, et al., | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| Respondents. | ) | [Doc. #40] |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).

**I. Motion for Discovery**

On September 28, 2009, Petitioner filed a motion requesting leave of court to conduct discovery. In particular, Petitioner seeks a court order directing "Att[orney] Edward L. Stoliker to relinquish 'Crucial-Evidence'" regarding his psychiatric medication.

"A habeas petitioner, unlike the usual civil litigant in federal court, is not entitled to discovery as a matter of ordinary course." Bracy v. Gramley, 520 U.S. 899, 903-05 (1997). Rule 6(a) of the Rules Governing Section 2254 Cases provides that "[a] judge may, for good cause, authorize a party to conduct discovery under the Federal Rules of Civil Procedure and may limit the extent of

discovery." See also Rich v. Calderon, 187 F.3d 1064, 1068 (9th Cir.1999) ("[D]iscovery is available only in the discretion of the court and for good cause shown"). Further, Rule 6(b) states that the party requesting discovery "must provide reasons for the request" and *inter alia*, "must specify any requested documents."

Petitioner's request will be denied. As Respondent correctly argues, the discovery request is directed toward evidence that relates to a ground which has been dismissed by the Court. In Ground Four of his amended petition, Petitioner sought to have his medication needs noted. That ground was dismissed for failure to exhaust and for failure to state a cognizable claim. Since that claim has been dismissed, there is no perceived need for the evidence Petitioner seeks to discover, as it does not pertain to any other claim. Petitioner fails to demonstrate good cause. Therefore, his request for discovery is DENIED.

**II. Motion for Extension of Time**

On October 21, 2009, Petitioner filed a motion for extension of time. However, he failed to state why he needed an extension of time, and there were no pending deadlines at the time. Therefore, his motion for an extension is DENIED.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for discovery is DENIED; and

2) Petitioner's motion for extension of time is DENIED.

IT IS SO ORDERED.

**Dated:   November 5, 2009**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

U.S. District Court
E. D. California        cd                    2